___ FILED    ___ LODGED
___ RECEIVED ___ COPY

OCT 13 2017

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>    Plaintiff,<br><br>vs.<br><br>Juan Carlos Mendez-Lopez,<br><br>    Defendant. | CR-17-1370-PHX-GMS<br>(WI-17-00803-PHX-GMS (MHB)<br><br>CR16-00345-PHX-NVW<br>(Supervised Release Violation)<br><br>**ORDER** |

IT IS ORDERED setting an Initial Appearance, Arraignment and possible Change of Plea hearing for October 13, 2017, at 2:00 p.m., before Magistrate Judge Michelle H. Burns, in courtroom 303.

DATED this 5th day of October, 2017.

*Michelle H. Burns*
Michelle H. Burns
United States Magistrate Judge

cc: Rekha Nair, AFPD; James Morse, AUSA; USPO; PTS