X FILED _____ LODGED
_____ RECEIVED _____ COPY

OCT 1 3 2017

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

1
2
3
4
5
6                    IN THE UNITED STATES DISTRICT COURT
7                       FOR THE DISTRICT OF ARIZONA
8
9     United States of America,                        CR-17-1370-PHX-GMS
                        Plaintiff,
10
11              v.                                      **WAIVER OF INDICTMENT**
12    Juan Carlos Mendez-Lopez,
      a.k.a.: Juan Mendez-Lopez,
13                      Defendant.
14
         The above-named defendant, who is accused of violating Title 8, United States
15
16    Code, Section 1326(a) and (b)(1) (Reentry of Removed Alien), being advised of the nature
      of the charge and of his/her rights, waives in open court prosecution by indictment and
17
      consents that the matter may proceed by information instead of by indictment.
18
19                              _JML_
20                              _____
                                JUAN CARLOS MENDEZ-LOPEZ
21                              Defendant
22
23                              _____
                                REKHA NAIR
24                              Attorney for Defendant
25    Date _10/13/2017_____
26
27
28