ELIZABETH A. STRANGE
Acting United States Attorney
District of Arizona
JAMES B. MORSE JR.
Assistant U.S. Attorney
Arizona State Bar No. 019915
Two Renaissance Square
40 N. Central Ave., Suite 1200
Phoenix, Arizona 85004
Telephone: 602-514-7500
Email: James.Morse@usdoj.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>v.<br><br>Juan Carlos Mendez-Lopez,<br>a.k.a.: Juan Mendez-Lopez,<br>Defendant. | CR-17-1370-PHX-GMS<br><br>**INFORMATION**<br><br>VIO: 8 U.S.C. § 1326(a) and (b)(1)<br>(Reentry of Removed Alien) |

THE UNITED STATES ATTORNEY CHARGES:

On or about June 8, 2017, at or near Phoenix, in the District of Arizona, JUAN CARLOS MENDEZ-LOPEZ, an alien, was found in the United States of America after having been denied admission, excluded, deported, and removed from the United States at or near Nogales, Arizona, on or about September 1, 2016, and not having obtained the express consent of the Attorney General or the Secretary of Homeland Security to reapply for admission, in violation of Title 8, United States Code, Section 1326(a) and (b)(1).

Dated this 3rd day of October, 2017.

ELIZABETH A. STRANGE
Acting United States Attorney
District of Arizona

JAMES B. MORSE JR.
Assistant U.S. Attorney